**Opinion issued February 12, 2019**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-18-01108-CV

————————————

**NEWPARK DRILLING FLUIDS, LLC, Appellant**

**V.**

**FORTITUDE ENERGY, LLC, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-57336**

---

### MEMORANDUM OPINION

Appellant, Newpark Drilling Fluids, LLC, has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although appellant's motion does not contain a certificate of conference, it contains a certificate of service on counsel for appellee, the motion has been on file with this Court for more than ten days, and no

response has been filed.  *See* TEX. R. APP. P. 9.5(d), (e), 10.1(a)(5), 10.3(a)(2).  No other party has filed a notice of appeal and no opinion has issued.  *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.